IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MILTON D. PETE DUNN**     **PLAINTIFF**

**v.**     **CIVIL ACTION NO. 4:21CV00136-DMB-JMV**

**AGRISOMPO NORTH AMERICA, INC.**     **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L. U. Civ. R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiff filed a motion to remand [12] on November 10, 2021. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B) along with the case management conference are, hereby, **STAYED** pending a decision on the motion to remand.

**THIS**, the 15th day of November, 2021.

/s/ Jane M. Virden
U.S. Magistrate Judge