IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MILTON D. PETE DUNN**                                                                              **PLAINTIFF**

V.                                                      **CIVIL ACTION NO.: 4:21-cv-136-DMB-JMV**

**AGRISOMPO NORTH AMERICA, INC.**                                 **DEFENDANT**

### ORDER LIFTING STAY

This matter is before the court consistent with an Order [18] entered on November 15, 2021, staying this case pending a ruling on the motion to remand. An Order [24] denying the motion to remand was entered on June 16, 2022. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**. A case management conference shall be set by separate notice.

**SO ORDERED**, this the 17th day of June, 2022.

                                                           /s/ Jane M. Virden
                                                           **UNITED STATES MAGISTRATE JUDGE**