UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MILTON D. "PETE" DUNN, MASON DUNN,
KATE DUNN, BEVERLY SHORT, LISA FLAUTT,
MEREDITH FAVI, AND MILEAH WILLIAMS                     PLAINTIFFS

V.                                          CIVIL ACTION No. 4:21-CV-136-JMV

AGRISOMPO NORTH AMERICA, INC.                                  DEFENDANT

## JUDGMENT

For the reasons given in this Court's Findings of Fact and Conclusions of Law [117] entered on January 26, 2024, the Court hereby enters judgment in favor of Plaintiffs Kate Dunn, Beverly Short, Lisa Flautt, Meredith Favi, and Mileah Williams on their respective breach of contract claims and a judgment for awardable damages to each based thereon.

**SO ORDERED**, this the 26th day of January, 2024.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**